UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| KENNETH FRANCIS | CIVIL ACTION NO. 03-0307-A |
|---|---|
| -vs- | JUDGE DRELL |
| BARON KAYLO, et al. | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

The report and recommendation of the magistrate judge (Doc. No. 45) recommending dismissal of the remaining claims against defendant Charles Dubroc is not adopted. This case will proceed to trial as scheduled on March 13, 2007.

SIGNED on this 29th day of November, 2006, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge